IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02062-CMA-MEH

BASIN WATER HAULING SERVICE, INC., a Colorado corporation, and
GREG BRUEGGEMAN, an individual,

      Plaintiffs,

v.

ROSETTA RESOURCES, INC., a Delaware limited liability company,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2009.**

In the interests of justice, the Stipulated Motion for Leave to Amend Complaint [filed November 18, 2009; docket #18] is **granted**, as modified. The Plaintiffs are directed to file the Amended Complaint and Jury Demand, in accordance with D.C. Colo. LCivR 5.1F, 10.1E and 10.1J, on or before November 23, 2009. Defendant shall respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).